FRANK PAGLIUGHI, Respondent, v. FRANK SERRI et al., as Executors and Trustees under the Will of MARY R. PAGLIUGHI, Deceased, et al., Appellants, et al., Defendants.— Action for specific performance of an alleged oral agreement claimed by plaintiff to have been made between himself and his foster mother, now deceased. Appeal by executors and trustees of the said decedent from an order vacating 'a prior order of preclusion and permitting plaintiff to serve a new and amended bill of particulars. Order affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY KRAMER, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of a violation of section 986 of the Penal Law (book-making), unanimously affirmed. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER MOONEY, Appellant.— Defendant appeals from a judgment of the County Court of Kings County, convicting him of the crime of robbery in the second degree, rendered on his plea of guilty, insofar as it imposes additional punishment under section 1944 of the Penal Law. Judgment unanimously affirmed. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.